1
2
3
4
5
6
7
8
9
10

FILED
CLERK, U.S. DISTRICT COURT

NOV 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 PAUL SCARZO, | ) Case No. CV 15-01672-SJO (KES) |
| 12         Petitioner, | ) |
| 13     vs. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| 14 | ) |
| 15 JOHN A. CLARKE, et al., | ) |
| 16         Respondents. | ) |

17      On October 6, 2015, the assigned Magistrate Judge issued a Report and
18 Recommendation recommending that Judgment be entered dismissing this action
19 without prejudice. Although a copy of the Report and Recommendation and a copy
20 of the Notice of Filing of Magistrate Judge's Report and Recommendation were
21 separately mailed to Petitioner at his address of record on the same day, both copies
22 were then returned undelivered with the notation "Return to Sender- Not Deliverable
23 as Addressed-Unable to Forward."

24      Under Central District of California Local Rule 41-6, it was incumbent on
25 Petitioner to keep the Court apprised of his current address. The rule further provides
26 that , "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is
27 returned undelivered by the Postal Service, and if, within fifteen days (15) days of the
28 service date, such plaintiff fails to notify the Court and opposing parties of said

1

plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Here, more than fifteen (15) days have elapsed since the service of the Report and Recommendation, and no notice of change of address has been filed by Petitioner. Moreover, based on its review pursuant to 28 U.S.C. § 636 of all the records and files herein, including the Report and Recommendation, the Court concurs with and accepts the Magistrate Judge's findings and recommendation.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action without prejudice.

DATED: November 25, 2015.

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE