JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL SCARZO,                          )  Case No. CV 15-01672- SJO (KES)
                    Petitioner,       )
                                      )  **JUDGMENT**
        vs.                           )
                                      )
JOHN A. CLARKE, et al.,               )
                    Respondents.      )

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed without prejudice.

DATED: November 25, 2015.

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1